UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAYLEY LAFAVE, RUSSELL LAFAVE,
ALINDALE S. LOUIS and FAKEELA
HOWELL-LOUIS,

   Plaintiffs,

v.            Case No:  2:15-cv-392-FtM-38CM

GALAXY    INTERNATIONAL
PURCHASING, LLC. and MARCADIS
SINGER, P.A.,

   Defendants.
                 /

## ORDER[1]

This matter is before the Court on Plaintiffs' Stipulation of Dismissal with Prejudice filed on August 5, 2015. (Doc. #10). Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order. Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

In this instance, Plaintiffs stipulate to dismissal under Rule 41(a)(1)(A)(i).  (Doc. #10).  Because Defendants have yet to serve either an answer or a motion for summary judgment, the Court finds good cause to dismiss the case.

Accordingly, it is now

**ORDERED:**

(1) Plaintiffs' Stipulation of Dismissal with Prejudice (Doc. #10) is **GRANTED**.

(2) This case is **DISMISSED with prejudice.**

(3) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate

 any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 7th day of August, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2